PHILLIP A. TALBERT
Acting United States Attorney
MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAY 17 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LO, aka Chu Lo, AND SUZY VANG,<br><br>Defendant. | CASE NO. 1:16-CR-00058 LJO <s>MICHAEL LO, aka Chu Lo, AND SUZY VANG,</s><br><br>ORDER TO UNSEAL INDICTMENT |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: 5/17/16

_____
United States Magistrate Judge

Motion to Unseal Indictment                                     2