1 | BENJAMIN B. WAGNER
United States Attorney
2 | MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
3 | Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 | United States of America

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00058 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER BETWEEN THE UNITED STATES AND MICHAEL CHU LO |
| v. | |
| MICHAEL CHU LO, | |
| Defendant. | |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains a large number of documents, including bank records, that include personal information such as Social Security numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant MICHAEL CHU LO, by and through his counsel of record Robert

STIPULATION AND ORDER                         1

Sherman Wynne ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

//
//
//
//

STIPULATION AND ORDER          2

1  this Order or the Court modifies this Order regarding such transfer of discovery.

2      IT IS SO STIPULATED.

3  Dated: June 28, 2016          BENJAMIN B. WAGNER
                                      United States Attorney

5                                        /s/ Megan A. S. Richards
                                      MEGAN A. S. RICHARDS
6                                        Assistant United States Attorney

7  Dated: June 28, 2016          /s/ Robert Sherman Wynne
                                      (authorized by email 6/28/16)
8                                        ROBERT SHERMAN WYNNE
                                      Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

    Dated:  **June 29, 2016**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND ORDER        3